**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SVENJA SCHMITT,

    Plaintiff,                                             Case No.: 1:25-cv-15032

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## **SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | dongboxinnengyuan |
| 2 | MiMaJianCan |
| 3 | Bianke |
| 4 | guixuan xu |
| 5 | 新邵县丁何商贸有限公司 |
| 6 | xiqisongchuangrun156156 |
| 7 | sunxiaohongbaihuo |
| 8 | BeiLingJingMao |
| 9 | 范书柜收纳 |
| 10 | Nafengz |
| 11 | CAOHCTTDDHJ |
| 12 | Acever |
| 13 | DingYuTing |
| 14 | FJJBMSSCED-US |
| 15 | NingXiaYangRunLeiShangMaoYouXianGongSi |
| 16 | GuangZhouYiWuShangMao |
| 17 | 金华市淑徵服饰有限公司 |
| 18 | UK-FUYALIANG |
| 19 | EverydayLuxeLiving |
| 20 | yonggexuexiudian |
| 21 | LUTTY-US |
| 22 | XMBFZ |
| 23 | ENYOUNG US FINE PRODUCTS |

| | |
|---|---|
| 24 | qianzhongxigu |
| 25 | THE ARTISAN HANDICRAFT |
| 26 | YQPBZCHH Specialty Store |
| 27 | NUDUROM |
| 28 | nanningshiguangyidianzikejiyouxiangongsi |
| 29 | Nantongjialishiyeyouxiangongsi |
| 30 | Mimiclub1993 |
| 31 | SIBOMAOYI |
| 32 | dongdongstoreshop |
| 33 | liyangyang poster |
| 34 | Bolincty Co.Ltd |
| 35 | CMPdiy |
| 36 | D The art of beckoning |
| 37 | Begonia ART |
| 38 | Max Art JID |
| 39 | Sereincl ART |
| 40 | FuDao Home Furnishing |